measure. The Act does not exempt such products from its operation. National Fertilizer Ass'n., Inc., v. Bradley, et al., 57 S. Ct. 748, 301 U. S. 178, 81 L. Ed. 990, affirming, D. C., 18 F. Supp. 263.

Your subsequent inquiry in regard to Senate Bill No. 5, Acts of the 48th Legislature, reads as follows:

"The Insecticide Act, the same being Senate Bill No. 5, Acts of the Regular Session of the Forty-Eighth Legislature, among other things provides for the payment of an Annual Registration Fee of $25.00 for each brand of Insecticide, provided that not more than $100.00 whall be collected from anyone person, or firm registering their brands of Insecticide.

"This Department holds to the opinion that this fee being an annual fee would be collectable for fiscal year ending August 31st 1943, then also payable again after September 1st 1943.

"Please advise whether this Department should require full payment of the fee for fiscal year ending August 31st 1943, and then each fiscal year thereafter."

The fees provided for in the Act, being essentially registration fees, this department agrees with your construction of the Act and is of the opinion that such fees are payable for the fiscal year ending August 31, 1943, and that such fees are again payable September 1, 1943.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED MAY 26, 1943

Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

By (Signed)

E. G. Pharr
Assistant

EGP:db

APPROVED
Opinion
Committee
By BWB
Chairman